Court of Appeals No. 15-25-00055-CV

Trial Court Style: Frisco Summit, LP, and Frisco Summit, LP, Derivatively on Behalf of Frisco Multifamily Land Partners, LP, Plaintiffs, vs. Frisco Multifamily Land GP, LLC, Carleton Development Ltd., GH Southwest II, Inc., Frisco Summit I, LP, Frisco Summit I GP, LLC, Salt River Capital, Inc., Frisco Summit II, LP, Frisco Summit II GP, LLC, Printice L. Gary, Jeffrey D. Fulenchek, and Neal R. Hildebrandt, Defendants.

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/30/2025 1:19:05 PM
CHRISTOPHER A. PRINE
Clerk

To whom it may concern at the Fifteenth District Court of Appeals:

I am requesting five more days to get this appeal finalized.

If you should have any questions, please feel free to contact me at alboyd@co.collin.tx.us

Sincerely,

/s/ Ashley Boyd, CSR #11998
Official Court Reporter
493rd Judicial District Court
2100 Bloomdale Road
McKinney, Texas 75071
Collin County, Texas
Work: 214-491-4873
Cell: 626-421-8629